UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANUEL MORENO-RENTERIA,

    Petitioner,

-vs-                                    Case No.  8:05-cv-283-T-24MSS
                                                  (8:02-cr-435-T-24EAJ)

UNITED STATES OF AMERICA,

    Respondent.
_____

## **ORDER**

Petitioner, an inmate at the Federal Correctional Complex, Coleman, Florida, filed a pro se 28 U.S.C. § 2241 petition for writ of habeas corpus which the Court construed as a motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255.  *See Sawyer v. Holder,* 326 F.3d 1363, 1365 n.3 (11th Cir. 2003); *United States v. Jordan*, 915 F.2d 622, 629 (11th Cir. 1990)(citing *McGee v. Hanberry*, 604 F.2d 2, 10 (5th Cir. 1979)).

The Court denied the construed section 2255 motion to vacate and Petitioner filed a Notice of Appeal.  He paid the appellate filing fee.  Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 475 (2000).  Petitioner has failed to meet this standard.  Therefore, Petitioner has failed to satisfy the *Slack* test.  *Franklin v. Hightower*, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

That Petitioner's construed request for a certificate of appealability is denied.

ORDERED at Tampa, Florida, on April 28, 2005.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

AUSA:  Joseph K. Ruddy

Pro se:  Manuel Mareno-Renteria